IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD KOSMICKI,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CORNHUSKER AUTOPLEX, INC., and  )<br>CORNHUSKER MOTORS, INC.,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 4:12cv3230<br><br>**AMENDED ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE** |

This case is before the court to consider defendants' Motion to Continue (#26), the defendants' Motion to Extend Deadlines Contained in Progression Order (#27), and the plaintiff's Motion to Extend (#28).

**IT IS ORDERED:**

The motions are hereby granted, and progression will follow the schedule set out below.

1. The plaintiff shall respond to the defendants' Motions for Summary Judgment (#20) and (#23) on or before **November 7, 2013.**

2. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **January 13, 2014.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **September 4, 2013.**

3. Motions to compel discovery shall be filed on or before **January 13, 2014**. The parties must comply with the provisions of NECivR 7.1 before filing a motion to compel.

4. Dispositive Motions. All dispositive motions shall be filed on or before **January 2, 2014**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

5.  Pretrial Conference.

    a.  Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2).  The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order.  The Order should be submitted to the plaintiff and to any other parties by **March 3, 2014**.  The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **March 17, 2014.**  Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **March 31, 2014**.  If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document.  The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b.  The Final Pretrial Conference will be held before the Magistrate Judge on **April 11, 2014, at 9:30 A.M. in Courtroom 6, 2nd Floor of the Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.**  Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

6.  The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

7.  The Clerk of the court is directed to mail a copy of this Order to the plaintiff at his address on file with the court.

DATED this 7th day of October 2013.

                                          BY THE COURT:

                                          s/ F.A. Gossett, III
                                          United States Magistrate Judge